**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTENGINE INC., <br><br> Plaintiff, <br><br> v. <br><br> NEXTENGINE, INC. and MARK S. KNIGHTON, <br><br> Defendants. | Case No.: 2:19-cv-00249 (AB) (MAA) <br><br> **FINAL JUDGMENT AFTER STIPULATED FACTS TRIAL** <br><br> Hon. André Birotte Jr., U.S. District Court Judge |

Based upon the Findings of Fact and Conclusions of Law (Dkt. No. 88), it is hereby ORDERED, AJUDGED, AND DECREED that **JUDGMENT** is entered on all counts in favor of Defendants NextEngine, Inc. and Mark S. Knighton, and against Plaintiff NextEngine, Inc. Plaintiff is not entitled to any relief from Defendants and shall take nothing by its suit.

This is a **FINAL JUDGMENT**. So Ordered.

Dated: September 15, 2021

_____
Hon. André Birotte Jr.
U.S. District Court Judge